**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SELENE COMMUNICATION TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 14-534-SLR-SRF <br> ) <br> ) **JURY TRIAL DEMANDED** <br> ) <br> ) |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Selene Communication Technologies, LLC ("Plaintiff") and Defendant Google Inc. ("Defendant"), having resolved Plaintiff's claims for relief against Defendant, hereby stipulate to dismiss Plaintiff's claims for relief against Defendant with prejudice and Defendant's claims, defenses, or counterclaims against Plaintiff without prejudice. Plaintiff and Defendant will each bear their own costs and fees related to the above captioned matter.

November 6, 2014

| | |
|---|---|
| BAYARD, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ Stephen B. Brauerman <br> Richard D. Kirk (#922) <br> Stephen B. Brauerman (#4952) <br> Vanessa R. Tiradentes (#5398) <br> Sara E. Bussiere (#5725) <br> 222 Delaware Avenue, Suite 900 <br> Wilmington, DE 19801 <br> rkirk@bayardlaw.com <br> sbrauerman@bayardlaw.com <br> vtiradentes@bayardlaw.com <br> sbussiere@bayardlaw.com <br><br> *Attorneys for Plaintiff Selene Communication Technologies, LLC* | /s/ Jack B. Blumenfeld <br> Jack B. Blumenfeld (#1014) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> (302) 658-9200 <br> jblumenfeld@mnat.com <br><br> *Attorneys for Defendant Google Inc.* |

2

IT IS SO ORDERED this_____ day of November 2014.

_____
The Honorable Sue L. Robinson
United States District Judge